1 | **GREGORY A. DOUGLAS, ESQ. (SBN 147166)**
2 | **JAMIE A. McCRARY, ESQ. (SBN 287023)**
3 | **LAW OFFICES OF GREGORY A. DOUGLAS**
4 | **4276 Katella Ave., #301**
5 | **Los Alamitos, CA 90720**
6 | **Tel.: (562) 252-8800**
7 | **Fax: (562) 256-1006**
8 | **greg@gdouglaslaw.com**

Attorneys for Plaintiff(s)
THOMAS KILLEEN

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KILLEEN, an individual, | Case No. 3:23-cv-00827-W-JLB |
| PLAINTIFF, | **NOTICE OF SETTLEMENT** |
| vs. | Complaint Filed: May 5, 2023 |
| LOUISIANA STATE UNIVERSITY, entity of unknown form; LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, an entity of unknown form; DANIEL BARROW, an individual; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | |
| Defendant(s). | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff, THOMAS KILLEEN, and

Defendants LOUISIANA STATE UNIVERSITY, LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, and DANIEL BARROW, have reached a settlement of the entire action. Plaintiff and Defendants will submit a Joint Motion of Dismissal with Prejudice within sixty (60) days of filing this Joint Notice of Settlement of Entire Case.

In light of the settlement, the parties respectfully request that all pending dates before the Honorable Thomas J. Whelan be vacated.

DATED: July 17, 2023         **LAW OFFICES OF GREGORY A. DOUGLAS**

　　　　　　　　　　　　　　　　　/s/Gregory A. Douglas_____
　　　　　　　　　　　　　　　Gregory A. Douglas
　　　　　　　　　　　　　　　Attorneys for PLAINTIFF
　　　　　　　　　　　　　　　THOMAS KILLEEN

DECLARATION OF SERVICE

I, the undersigned, declare:

I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4276 Katella Ave., #301, Los Alamitos, CA 90720.

I served the following document(s):

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

on the parties in this action addressed as follows:

| | |
|---|---|
| Stephanie Reynolds, Esq. | Attorneys for DEFENDANTS |
| FISHER PHILLIPS LLP | |
| 4747 Executive Drive, Suite 1000 | |
| San Diego, CA  92121 | |
| sreynolds@fisherphillips.com | |

x    **BY ELECTRONIC FILING**: By attaching a true copy of the above-entitled document(s) to the E-Filing System of the United States District Court, Southern District of California on July 17, 2023. The file transmission was reported as complete and a copy of the Filing Receipt page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2023, at Los Angeles, California.

/s/ Catalina Duran_____
Catalina Duran, Legal Assistant