## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| <u>Case Name:</u> | **Kileen v. Louisiana State University, et al.** | <u>Case No.:</u> | **23-cv-00827-W-JLB** |

On July 17, 2023, Plaintiff filed a Notice of Settlement. (ECF No. 4.)  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff shall electronically file a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on or before **September 13, 2023**.[1]

2. If a Notice of Dismissal is not filed on or before **September 13, 2023**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **September 15, 2023**, at **1:45 PM** before Magistrate Judge Jill L. Burkhardt. For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (619) 657-0677 and use access code 977 541 868.

3. If a Notice of Dismissal is filed on or before **September 13, 2023**, the Settlement Disposition Conference shall be vacated without further court order.

Date:  July 24, 2023                                                                                   Initials:  lc2
                                                                                   Chambers of the Hon. Jill L. Burkhardt

---

[1]     *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.