**GREGORY A. DOUGLAS, ESQ. (SBN 147166)**
**JAMIE A. McCRARY, ESQ. (SBN 287023)**
**LAW OFFICES OF GREGORY A. DOUGLAS**
**4276 Katella Ave., #301**
**Los Alamitos, CA 90720**
**Tel.:  (562) 252-8800**
**Fax:  (562) 256-1006**
**greg@gdouglaslaw.com**

Attorneys for Plaintiff(s)
THOMAS KILLEEN

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KILLEEN, an individual, <br><br> PLAINTIFF, <br><br> vs. <br><br> LOUISIANA STATE UNIVERSITY, entity of unknown form; LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, an entity of unknown form; DANIEL BARROW, an individual; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, <br><br> Defendant(s). | Case No. 3:23-cv-00827-W-JLB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: May 5, 2023 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure

41 (a), Plaintiff, THOMAS KILLEEN voluntarily dismisses with prejudice the above-entitled action against Defendants LOUISIANA STATE UNIVERSITY, LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, and DANIEL BARROW. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: August 15, 2023         **LAW OFFICES OF GREGORY A. DOUGLAS**

                                                         __/s/Gregory A. Douglas_____
                                                         Gregory A. Douglas
                                                         Attorneys for PLAINTIFF
                                                         THOMAS KILLEEN

DECLARATION OF SERVICE

I, the undersigned, declare:

I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4276 Katella Ave., #301, Los Alamitos, CA 90720.

I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the parties in this action addressed as follows:

| | |
|---|---|
| Stephanie Reynolds, Esq. | Attorneys for DEFENDANTS |
| FISHER PHILLIPS LLP | |
| 4747 Executive Drive, Suite 1000 | |
| San Diego, CA  92121 | |
| sreynolds@fisherphillips.com | |

x   **BY ELECTRONIC FILING**: By attaching a true copy of the above-entitled document(s) to the E-Filing System of the United States District Court, Southern District of California on August 15, 2023. The file transmission was reported as complete and a copy of the Filing Receipt page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on August 15, 2023, at Los Angeles, California.

/s/ Catalina Duran_____
Catalina Duran, Legal Assistant